AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| U.S. Bank Trust National Association, as Trustee of Igloo Series V Trust<br><br>*Plaintiff(s)*<br>v.<br>Bruno Paliotta;<br>Giuseppe B. Palliotta;<br>John J. Paliotta, as Heir to the Estate of Anna Paliotta;<br>Department of Treasury-Internal Revenue Service;<br>State of Rhode Island Division of Taxation<br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John J. Paliotta, as Heir to the Estate of Anna Paliotta
16 Hedley Avenue
Johnston, RI 02919

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Demerle Hoeger LLP
10 City Square
Boston, MA 02129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **December 15, 2023**

/s/ Hanorah Tyer-Witek
**Clerk of Court**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* John paliotta
was received by me on *(date)* 1-1-24

☒ I personally served the summons on the individual at *(place)*
16 Hedley Ave Johnston   on *(date)* 1-3-24 @ 4:35 pm  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 45 for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 1-3-24

Seij Cais 6095
*Server's signature*

Shirley cAires Constable
*Printed name and title*

po Box 744 Coventry RI 02816
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| U.S. Bank Trust National Association, as Trustee of Igloo Series V Trust <br><br> *Plaintiff(s)* <br> v. <br> Bruno Paliotta; <br> Giuseppe B. Palliotta; <br> John J. Paliotta, as Heir to the Estate of Anna Paliotta; <br> Department of Treasury-Internal Revenue Service; <br> State of Rhode Island Division of Taxation <br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Giuseppe B. Palliotta
105 Princess Ave, Apt 1
Cranston, RI 02920

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Demerle Hoeger LLP
10 City Square
Boston, MA 02129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __December 15, 2023__                                           /s/ Hanorah Tver-Witek
                                                                       Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Giuseppe palliotta__
was received by me on *(date)* __1-1-24__.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* __Bruno palliotta__, a person of suitable age and discretion who resides there,
on *(date)* __1-2-24 @ 4:34 pm__, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __45__ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __1-2-24__

Server's signature: __Sey can 6095__

Printed name and title: __Shirley Caires Constable__

Server's address: __PO Box 744 Coventry RI 02816__

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| U.S. Bank Trust National Association, as Trustee of Igloo Series V Trust <br><br> *Plaintiff(s)* <br> v. <br> Bruno Paliotta; <br> Giuseppe B. Palliotta; <br> John J. Paliotta, as Heir to the Estate of Anna Paliotta; <br> Department of Treasury-Internal Revenue Service; <br> State of Rhode Island Division of Taxation <br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bruno Paliotta
105 Princess Ave, Apt 1
Cranston, RI 02920

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Demerle Hoeger LLP
10 City Square
Boston, MA 02129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **December 15, 2023**

/s/ Hanorah Tyer-Witek
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bruno Palliotta
was received by me on *(date)* 1-1-24 .

☒ I personally served the summons on the individual at *(place)*
105 princess ave #1 cranston on *(date)* 1-2-24 ; or
@ 4:34pm

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 45 for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1-2-24

Sly Cais 6095
Server's signature

Shirley Caires Constable
Printed name and title

PO Box 744 Coventry RI 02816
Server's address

Additional information regarding attempted service, etc:

Case 1:23-cv-00532-JJM-PAS   Document 3-4   Filed 12/15/23   Page 1 of 2 PageID #:
Case 1:23-cv-00532-JJM-PAS   Document 4   Filed 01/16/24   Page 7 of 8 PageID #: 183
175

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| U.S. Bank Trust National Association, as Trustee of Igloo Series V Trust<br><br>*Plaintiff(s)*<br>v.<br>Bruno Paliotta;<br>Giuseppe B. Palliotta;<br>John J. Paliotta, as Heir to the Estate of Anna Paliotta;<br>Department of Treasury-Internal Revenue Service;<br>State of Rhode Island Division of Taxation<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  State of Rhode Island Division of Taxation
One Capitol Hill
Providence, RI 02908

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Demerle Hoeger LLP
10 City Square
Boston, MA 02129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **December 15, 2023**                             /s/ **Hanorah Tver-Witek**
                                                         **Clerk of Court**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. ~~1:23-cv-00253~~ 1:23-CV-00532 JJM-PAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☑ I personally served the summons on the individual at *(place)* RI AG
on *(date)* 1-2-24 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 45 for travel and $ ____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 1-2-24

*Server's signature:* Anthony Curreri

*Printed name and title:* Anthony Curreri RI Constable #6187

*Server's address:* _____

Additional information regarding attempted service, etc:

AAG Katherine Sadeck for State of Rhode Island Division of Taxation only   KCS 1/2/2024
case # 1:23-CV-00532-JJM-PAS