US Bank Trust National Association, as Trustee, et. al., Plaintiff(s)
vs.
Bruno Paliotta, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 166191-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Department of Treasury, Internal Revenue Service
Court Case No. 1:23-cv-00532-JJM-PAS

DEMERLE HOEGER LLP
Ms. Samantha Petty
10 City Square, 4th Floor
Boston, MA 02129

State of: **DC**   ) ss.
County of: **Washington**   )

Name of Server: **Ambiko Wallace**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **2** day of **January**, 20**24**, at **12:36** o'clock **P** M

Place of Service: at **1111 Constitution Ave, NW**, in Washington, DC 20224

Documents Served: the undersigned served the documents described as:
**Summons and Verified Complaint**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Department of Treasury, Internal Revenue Service**
By delivering them into the hands of an officer or managing agent whose name and title is: **Tina Williams, Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **Black**; Hair Color **Black**; Facial Hair ___
Approx. Age **58**; Approx. Height **5'5"**; Approx. Weight **175**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

*[signature]*
Signature of Server

Subscribed and sworn to before me this **4th** day of **January**, 20**24**

*[signature] Angela H. Croson*
Notary Public    (Commission Expires)

APS International, Ltd.

ANGELA H. CROSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2024