# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

U.S. Bank National Association, as Trustee of Igloo
Series V Trust
Plaintiff,

v.

Case No.:
1:23−cv−00532−JJM−PAS

Bruno Paliotta, et al.
Defendant.

## ENTRY OF DEFAULT

      Upon consideration of the application for entry of default, default is hereby entered against Department of Treasury−Internal Revenue Service, Bruno Paliotta, Giuseppe B. Paliotta, John J Paliotta in accordance with Fed. R. Civ. P. 55(a) and L.R. Cv 55(a).

January 26, 2024

By the Court:

/s/ Hanorah Tyer−Witek, Clerk of Court